# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SANTOS DARDAR

NO. 2021 KW 0523

**JULY 6, 2021**

---

In Re:     Santos Dardar, applying for supervisory writs, 17th
           Judicial District Court, Parish of Lafourche, No.
           545,983.

---

**BEFORE:    CHUTZ, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the motion filed with the district court, the district
court's ruling on the motion, a copy of the indictment or bill
of information, the commitment order, all pertinent minute
entries and/or transcripts and any other portions of the
district court record that might support the claims raised in
the writ application. Supplementation of this writ application
and/or an application for rehearing will not be considered. See
Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.
In the event relator elects to file a new application with this
court, the application must be filed on or before September 1,
2021. Any future filing on this issue should include the entire
contents of this application, the missing items noted above, and
a copy of this ruling.

                              **WRC**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
         DEPUTY CLERK OF COURT
              FOR THE COURT